# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SIERRA CLUB,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL S. REGAN, Administrator,<br>United States Environmental Protection Agency,<br>*in his official capacity*,<br><br>        Defendant. | Civil Action No. 1:23-2901(RDM) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

As detailed in the parties' Joint Motion to Stay All Deadlines for 60 Days, ECF 11, the Environmental Protection Agency ("EPA") has taken agency action on all issues identified in Plaintiff's Complaint and, as detailed in the parties' Joint Status Report and Motion to Stay All Deadlines for 120 Days, the parties have resolved Plaintiff's claim for costs of litigation (including attorneys' fees) pursuant to 42 U.S.C. § 7604(d). ECF 11, 12. On December 19, 2023, the United States disbursed payment of those costs of litigation to Plaintiff. As such, the parties hereby stipulate and agree that this action be dismissed with prejudice, each party to bear its own costs, including any possible attorneys' fees or other expenses of this litigation, except as set forth in the parties' settlement agreement resolving litigation costs. *See* Fed. R. Civ. P. 41(a)(1)(ii).

Respectfully submitted,

| | |
|---|---|
| TODD KIM<br>ASSISTANT ATTORNEY GENERAL<br>Environment and Natural Resources<br>Division |        */s/*<br>SARI AMIEL, D.C. Bar No. 1719050<br>SIERRA CLUB<br>50 F Street NW, Eighth Floor<br>Washington, D.C. 20001 |

1

       /s/                              Telephone: (301) 807-2223
KIMERE J. KIMBALL                 Email: *Sari.amiel@sierraclub.org*
USDOJ ENRD/EDS
P.O. Box 7611                                    *Counsel for Plaintiff*
Washington, DC  20044-7611
Telephone:  (202) 514-2285
Fax:  (202) 514-8865
*E-mail:  Kimere.kimball@usdoj.gov*
*COUNSEL FOR DEFENDANT*


DATE:  December 21, 2023

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that, on this 21st day of December, 2023, the foregoing Joint Stipulation of Voluntary Dismissal with Prejudice was served on all counsel of record through the Court's ECF system.

Respectfully submitted,

/s/ Sari Amiel

Sari Amiel
DC Bar Id. No. 1719050
Sierra Club
50 F Street NW, Eighth Floor
Washington, DC 20001
Tel: (301) 807-2223
sari.amiel@sierraclub.org

*Counsel for Plaintiff Sierra Club*